# FREDERICK P. KORKOSZ
## ATTORNEY AT LAW
744 Broadway
Albany, New York 12207
(518) 813-9403
E-mail: phredalt@yahoo.com

September 12, 2018

Clerk, United States District Court
445 Broadway, 5th Floor
Albany, NY 12207

*Via Pacer Only*

Re: United States v. Gabriela Miclescu
1:18-mj-502 DJS1

Dear Clerk of the Court:

I am writing to request an adjournment of the hearing in the above matter scheduled for September 8, 2018. I have spoken with AUSA Edward Grogan, and he will not oppose my request. I recently filed a motion with the United States Immigration Court at Batavia, New York, requesting a review of the finding that the Defendant did not have a credible fear of persecution in Romania. I believe that I will know within 3 weeks whether or not the Immigration Court will grant my motion and schedule a hearing. If the Court will not grant the hearing, the Defendant's final order of removal will remain in place, and it will clarify issues related to sentencing and/or detention. Also, I am scheduled to appear before USCIS on September 18, and I would need to re-schedule those matters if I must appear before this Court on that date. I would request an adjournment of 3 or 4 weeks, if possible. Mr. Grogan does not oppose that timeframe.

As always, I appreciate your attention and assistance in this matter.

Respectfully submitted,

Frederick P. Korkosz

cc: Edward Grogan, Esq. (via PACE only)