# FREDERICK P. KORKOSZ

## ATTORNEY AT LAW
744 Broadway
Albany, New York 12207
(518) 813-9403
E-mail: phredalt@yahoo.com

September 13, 2018

Clerk, United States District Court
445 Broadway, 5th Floor
Albany, NY 12207

*Via Pacer Only*

Re: United States v. Gabriela Miclescu
1:18-mj-502 DJS1

Dear Clerk of the Court:

I am writing to clarify some statements made in my request for an adjournment. Today I learned from the Newark USCIS Asylum Office that no credible fear interview has even been held in the Defendant's case, and that the documents I had assumed related to such an interview were from a short interview conducted shortly after her arrest. I believe that makes my request for an adjournment even more relevant; I would prefer to wait for the credible fear interview before the appearance before this Court.

As always, I appreciate your attention and assistance in this matter.

Respectfully submitted,

Frederick P. Korkosz

cc: Edward Grogan, Esq. (via PACER only)